**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Osterville

**Related Case Information:**

**County** Barnstable

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Jack S. Massarsky     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Osterville, Massachusetts

Birth date (Yr only): 1957    SSN (last4#): 4286    Sex: M    Race: White    Nationality: American

**Defense Counsel if known:** Philip G. Cormier     Address: 83 Atlantic Avenue

**Bar Number** 554515     Boston, Massachusetts 02110

**U.S. Attorney Information:**

**AUSA** Christopher J. Markham     Bar Number if applicable: 685591

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/13/2022     Signature of AUSA: CHRISTOPHER MARKHAM

Digitally signed by CHRISTOPHER MARKHAM
Date: 2022.12.12 21:29:27 -05'00'

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jack Massarsky

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1341 | Mail Fraud | |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____